IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KATHERINE L. HAYNES, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO.: 5:09-CV-1680 |
| | ) |
| | ) DISTRICT JUDGE WALTER |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social | ) MAGISTRATE JUDGE HORNSBY |
| Security Administration | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

The unopposed motion for remand of the Commissioner having been considered,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case is ~~reversed and~~ remanded for further action by the Commissioner pursuant to the sixth sentence of 42 U.S.C. § 405(g).

THUS DONE AND SIGNED this __7TH__ day of May, 2010 in Shreveport, Louisiana.

_____
UNITED STATES MAGISTRATE JUDGE